UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATHEN A. EGGEMEYER, SR., | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:02CV1486 (CEJ) |
| DON ROPER, | ) |
| Respondent. | ) |

### ORDER

This habeas corpus action is before the Court upon the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig, to whom the matter was referred pursuant to 28 U.S.C. § 636(b). On January 5, 2006, Judge Fleissig issued a Report and Recommendation, recommending that the petition of Nathen A. Eggemeyer, Sr., for a writ of habeas corpus under 28 U.S.C. § 2254, be denied. No objections to the Magistrate Judge's Report and Recommendation were filed and the time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig [#21] is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the petition of Nathen E. Eggemeyer, Sr., for habeas corpus relief [#4] is **denied**.

**IT IS FURTHER ORDERED** that petitioner has failed to make a substantial showing of the denial of a constitutional right and the Court will not issue a certificate of appealability. See Cox v. Norris, 133 F.3d 565, 569 (8th Cir. 1997).

A separate judgment in accordance with this order will be entered this same date.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 15th day of February, 2006.